IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYVON L BOATMAN,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00032-MP-AK

JAMES V CROSBY, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendations of the Magistrate Judge, recommending that this action be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. No objections have been filed, and the time for doing so has passed. This action concerns the medical treatment received at a Florida State Prison in Raiford, which is in the Middle District of Florida. Accordingly, the Court agrees that this action should be transferred to the Middle District of Florida. The Clerk is directed to transfer this case to the Middle District of Florida.

    **DONE AND ORDERED** this _22nd_ day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge